ACCEPTED
05-18-00504-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/1/2018 4:05 PM
LISA MATZ
CLERK

# THE LAW OFFICES OF
# TED B. LYON & ASSOCIATES, P.C.

TOWN EAST TOWER - SUITE 525, 18601 LBJ FREEWAY
MESQUITE, TEXAS 75150-5632
TEL (972) 279-6571          FAX (972) 279-3021

**TED B. LYON, JR.**
**BILL ZOOK***, *Of Counsel*
**RICHARD MANN** ◈
**DENNIS WEITZEL***π
*Board Certified in Personal Injury and
  Civil Trial Law- Texas Board of Legal Specialization
π Licensed in Texas & Florida

**MARQUETTE WOLF**°†
**BEN TAYLOR**†
**CRAIG L. ZIMMERMAN**
° Licensed in Texas, Oklahoma & Mississippi
† Board Certified in Civil Appellate Law
  Texas Board of Legal Specialization
◈Licensed in Texas & North Dakota

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/1/2018 4:05:56 PM
LISA MATZ
Clerk

June 1, 2018

Sherry Hooper (by hand delivery)
Official Court Reporter, County Court at Law 2, Kaufman County

Re:     Cause No. 94304-CC2 in the County Court at Law No. 2 in and for
        Kaufman County, Texas; *Carletta Guillory, et al. vs. William E. Dietrich*

Lisa Matz, Clerk (via e-file)

Re:     No. 05-18-00504-CV in the 5th CA; *Guillory vs. Dietrich*

Dear Ms. Hooper:

        Enclosed please find plaintiffs' / appellants' cashier's check (made payable to Sherry Hooper, Court Reporter) for $221.00 in payment of your final invoice received 5-30-2018 preparation of the reporter's record for this appeal.  By e-filed copy of this correspondence to Ms. Matz's office, and for Tex. R. App. P. 51.1(a)(1) purposes later, we are requesting that Ms. Matz's office record in her office's computer today's $221.00 payment adding up to a total of $6,487.00 paid by plaintiffs / appellants for the reporter's record for this appeal.

        I certify that a copy of this letter (with three page enclosure) has been served on appellee's counsel by e-file and e-mail today, June 1, 2018.

                                Respectfully submitted,

                                Ben Taylor (SBOT # 19684500)

cc:     Cynthia Hollingsworth (chollingsworth@hwattorneys.com)
        (lead counsel for appellee William E. Dietrich per 5-25-2018 notice)
        Donna Yarborough (donna@djy-law.com)
        (trial and additional applleate counsel for appellee William E. Dietrich)

RECEIVED

MAY 3 0 2018

B. TAYLOR

SHERRY HOOPER, CSR
County Court at Law No. 2
100 W. Mulberry
Kaufman, Texas 75142
(972) 932-4331

Ben Taylor
TED B. LYON & ASSOCIATES, P.C.
18601 LBJ Freeway
Town East Tower, Suite 525
Dallas, Texas 75150-6571

| DATE | SERVICE | COST |
|---|---|---|
| 05/18/18 | Reporter's Record<br>Cause No. 94304-CC2<br>Reporter's Record on Appeal | $6,487.00 |
| 05/18/18 | Received checks totaling | 6,266.00 |

05/29/18 Remaining unpaid balance due in order to file Reporter's Record:

$ 221.00

hand-delivered 6-1-2018

VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID

**Cashier's Check**

**AMERICAN NATIONAL BANK**
**OF TEXAS**

P.O. BOX 40, Terrell, Texas 75160
MEMBER FDIC
www.anbtx.com

Date: 6/01/18          271680

Branch: 1017

88-151
1119

REMITTER     ROBERT M CHARVOZ JR

**PAY**
**TO THE**
**ORDER OF**     EXACTLY **221 AND 00/100 DOLLARS          $221.00

SHERRY HOOPER

VOID AFTER 90 DAYS

NOTICE TO CUSTOMERS: The purchase of a Surety Bond and/or
execution of an Indemnity Bond/Agreement may be required before
this check will be replaced or refunded in the event the check is lost,
destroyed, or stolen.

AUTHORIZED SIGNER

ORIGINATOR:     B47MOLJEL

Security features included: Details on back.

⑆0000271680⑈ ⑆11190151519⑆021909 71⑈

RECEIVED

JUN 0 1 2018

B. TAYLOR

SHERRY HOOPER, CSR
County Court at Law No. 2
100 W. Mulberry
Kaufman, Texas 75142
(972) 932-4331

Ben Taylor
TED B. LYON & ASSOCIATES, P.C.
18601 LBJ Freeway
Town East Tower, Suite 525
Dallas, Texas 75150-6571

| DATE | SERVICE | COST |
|------|---------|------|
| 05/18/18 | Reporter's Record<br>Cause No. 94304-CC2<br>Reporter's Record on Appeal | $6,487.00 |
| | Total | $6,487.00 |

# PAID IN FULL